# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **FREDDY WAYNE HURLEY, 453088,** ) | |
| Petitioner, ) | |
| vs. ) | No. 3:08-CV-967-P |
| ) | ECF |
| **NATHANIEL QUARTERMAN, Director,** ) | |
| **Texas Department of Criminal** ) | |
| **Justice, Correctional Institutions Division,** ) | |
| Respondent. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 14th day of October, 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE